**FILED**
September 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ J.E.
DEPUTY
7:22-CV-00197-DC

UNITED STATES DISTRICT COURT OF LAW
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
MIDLAND / ODESSA DIVISION

Since I had departed from the Ector County Sheriffs Office in Odessa, Texas [12/30/21] to the Texas Department of Criminal Justice Texas Corrections. I been living in very much in danger due to the cause that the all institutes I been segmented living within. Have been very desparately to be considered an endangerment to a regular safe living standardization. The problem is a "hazard" that promotes the all encounters to utilize corrupt influence condone by the administrations and the security staff that generalize of the inmate population. The all populations of the inmate occupancy is known and is prevailed by the administration to not be of the variable to be of the federal OSHA mandates and standards. There is no SMOKE DETECTORS within the dorms I been living in for the recording. It is very obvious of the state of Texas to utilize illegal makeshifts by this substandard.

National Fire Protection Association (NFPA) Mandates Fire Security however deprived of! The substandard to approve the hazard by the administrations of the Texas Criminal Justice of Departments is of the assurety to project unsafe qualities of administration of the State of Texas. Since I been placed here at the Willacy State Institution; 1645 S. Buffalo Drive Raymondville, Texas 78580 in May 11, 2022 Many illegal distinctions are promoted by the administrations within the offices whom utilize computer network for analysis perspectives however due to corrupt influence to allow the illegal makeshifts to conspire, smoking, tattooing, psychiatric medication trafficking.... It is prevalent that the smoke detectors don't perform because it allows the distortion of the population to permit the "smoking" that is a regard to my unsafe living condition that obscures appropriate decision making by the subordinates of the state whom presume that I may be a smoker. It is misleading altogether. The smoking consists since I been here at this premises. I am constantly in "imminent danger" due to this faction. There is NO FIRE PREVENTION violate in 29 CFR 1910.39 and 29 CFR 1910.157. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature]                       Date: 9/5/22 @ 9:30pm CT

It is within the Wests' Texas Digest 2d
24 B
Federal Civil Procedure → 21 to 860
24B Tex D 2d - 105 [pp. 105]
→ 103.2
S.D. Tex. 2005 Constitutional standing requirement mandates that (1) plaintiff have suffered injury in fact that is concrete and particularized and actual or imminent, not conjectural or hypothetical; (2) there must be causal connection between injury and conduct complained of; and (3) it be likely, as opposed to merely speculative, that injury will be redressed by favorable decision. U.S.C.A. Art. 3, § 2, cl. 1

At which the preponderance that is beyond speculation is that the "physical injuries" procured in are causation in aligning to NEGLECT of the State of Texas.
Thus to assert the causations is element to extortion that is definite in criteria to disability discrimination.
It is within the Warners' Black Law Advisory that defines the disability discrimination. (1974)

The discrimination based on a person's actual, perceived, or past physical or mental impairment.
This element is precluded in aligning to the neglect of my disability claims to procure in the symptom of neglect herenow within consistency to be secluded within the dormitories to be congested with unsafe, very unsafe living conditions; such as the oxygen deficit as reported previous of the FILE. To be within the dorm that is very complex to be amongst the intimidation living in of other very dangerous occupants. The imminent danger is prolonging due to the concussion that continues from the condition of the physical injury procured in on March 15, 2018 [The abstract is verified of previous file in the report] Prolonging to this day!
Lawful discrimination (1693) 1. Discrimination based on a criterion that is not characteristic of a protected class. See the attaché of report to the injury sustained of case no. 7:22-cv-00150

The problems is concisely of the indication due to the Texas Corrections has never considered my attestment to be of a sufficient disability. The physical impairment is the detach retina. It is in the Wests' Texas Digest 2d  8D Civil Rights

→ 1181 to 1341
→ 1221. — Motive or intent; pretext
E.D. Tex. 2007. In attempting to satisfy his or her burden under the modified McDonnell Douglas approach at the summary judgment stage, a title VII, ADEA, A.D.A. plaintiff must offer sufficient evidence to create a genuine issue of material fact either: (1) that the defendants' reason is not true [The Police Report is Fraud; No Blood Drawn] but is instead a pretext for discrimination, or (2) that the defendants' reason, while true, is only one of the reasons for its conduct, and another motivating factor is the plaintiffs' protected characteristic. Civil Rights Act of 1964, § 701 et seq. 42 U.S.C.A. § 2000e et seq., A.D.A. Act, § 2 et seq. 42 U.S.C.A. § 12101; Fed. Rules. Civ. P. Rule 56(c) 28 U.S.C.

UNITED STATES DISTRICT COURT
OF LAW
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
MIDLAND / ODESSA DIV.

On August 12, 2022 I had finally received my property from the Formby Institution in Plainview, Texas. However many writ legal articles have become destroyed. I been advised that small property will become replaced, I don't know. My federal mail contents are becoming received "opened" without my presense. It is apparent that I am becoming racketeered on account to my private claims to the institutions to be of a disability. I am still in imminent danger due to the hostile inmate population that institute intimidation daily. I am not safe here. It is small within that promotes foulplay amongst those that became frustrated. For whatever reason. Attached is a copy of the grievances I had processed and a notice to the warden. The envelope of the opened context is the evidence of the claims. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

9/5/22

Infante/Saints
237 Hwy
[Wilber St West]
615 S Buffalo Dr.
Raymondville, Texas
78580

DISTRICT CLERK
U.S. DISTRICT COURT
WESTERN DIST. OF TEXAS
UNITED STATES COURTHOUSE
200 E WALL ST. ROOM 222
MIDLAND, TEXAS 79701-5217

SCREENED BY CSO

SEP 12 2022

RECEIVED
SEP 12 2022
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
DEPUTY

