UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| SAINTS INFANTE | § § | |
| vs. | § § § | NO:  MO:22-CV-00197-DC |
| STATE OF TEXAS | § | |

### FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's 42 U.S.C. §1983 civil rights as three-strikes barred. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 civil rights complaint is **DISMISSED WITHOUT PREJUDICE**, and Plaintiff's presumed request to proceed *in forma pauperis* is **DENIED**.

It is **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED**.

SIGNED this 14th day of September, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE