Case Nos. 7:22-cv-00177; 7:22-cv-00178; 7:22-cv-0097
7:22-cv-00190; 7:22-cv-00 AUXILIARY 7:22-cv-00228; 7:23-cv-00018
7:23-cv-00057

# UNITED STATES DISTRICT COURT
# OF LAW
# WESTERN DISTRICT OF TEXAS
# UNITED STATES COURTHOUSE

STATUTES AND LEGISLATION (2)

Within reference within auto-cite Lexis®
RULE E.(5) of the Supplement Rules for Certain Admiralty and Maritime Claims: U.S.C.S. Admiralty and Maritime Claims Rule E.(1) Applicability. Except as otherwise provided, this rule applies to actions in personam with process of maritime attachment and garnishment, actions in rem, and petitory, possessory, and partition actions, supplementing Rules B, C, and D.
(2) Complaint; Security. (a) Complaints in actions to which this rule is applicable the complaint shall state the circumstances from which the claim arises with such particularity that the defendant or claimant will be able, without moving for a more definite statement, to commence an investigation of the facts and to frame a responsive pleading. (b) Security for Costs. Subject to the category: Court Rules Jurisdiction: U.S. Federal Sources: Fed. Rules Annotated: Practice Areas and Topics; Admiralty and Maritime Laws_Civil Procedure_ As the Licensed Agent I am [signature] 2/1/23
[7:23-cv-00048] File No.: 802642873

Case Nos. 7:22-cv-0013;
7:22-cv-0178; 7:22-cv-00197; 7:22-cv-00228;
7:23-cv-0007; MO:23-cv-00018 DC; 7:23-cv-00048 et.al

[Following is evident matter to instrument of extortion to my disabilities claims; phys. impairment]

U.S. DIST. CT. OF LAW
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
MIDLAND / ODESSA DIVISION
"LARCENY BY EXTORTION"
EVIDENT MATTER IN FORM OF NEGLIGENCE WITHIN AUTO-CITE UPON THE ALL RECORD-KEEPING ALLOCATION

The Vernons TEXAS CODES ANNOTATED provides the Texas governed laws to implement the standards for the authority to constitute the law imperialized for the neglection commerce within the all institutions adversely affective to my precise "physical-impairment". Within the record-keeping of the auto-cite in contrast that the "gross negligence" to not enact the federal statutes and the State Bar of the Texas laws of my history is of deprivation of the all disabilities claims is the "malpractice" of discontent(s). AFFIRM.
V.T.C.A. Title 2 [Pg. 428] Public Health Provisions
SUBCHAPTER L. ABUSE, NEGLECT, AND UNPROFESSIONAL OR UNETHICAL CONDUCT IN HEALTH CARE FACILITIES § 161.131.

(a) A person, involving an employee, volunteer, or other person associated with an inpatient

[REFORMATION T.2, §§ 00670 ]
REFORMATION et. seq.

mental health facility; [preponderate of the all having segments of my private matter of incarcerations of the Texas Judicial penal systems; Jails, Big Spring State Hospital etc. [T.D.C.J.] within the Western District of Texas. concerning docket case no. B-18-0410-CR.] a treatment facility, or a hospital that provides comprehensive medical rehabilitation services, who reasonably believes or who knows of information that would reasonably cause a person to believe that the physical or mental health or welfare of a patient or client of the facility who is receiving chemical dependency, mental health, or rehabilitation services has been, is, or will be adversely affected by "abuse" or "neglect" caused by any person shall as soon as possible report the information supporting the belief to the agency that licenses the facility or to the appropriate state health care regulatory agency. [M.H.M.R., PermiaCare, Dr. Stroebel et. seq.]
(b) An employee of or other person associated with an inpatient mental health facility, a treatment facility, or a hospital that provides comprehensive medical rehabilitation services, including a health care professional, who reasonably believes or who knows of information

File Number: "802642873"
that would reasonably cause a person to believe that the facility or an employee of or health care professional associated with the facility has, is, or will be engaged in the conduct, that is or might be illegal, unprofessional, unethical and that relates to the operation of the facility or mental health, chemical dependency, or rehabilitation services provided in the facility shall as soon as possible report the information ["To decline, deprive, deny the ~~disabilities~~ statistics" through the racketeering to the claims by the perversion to their "ventures" to divert of the problematic "abuse of discretion standard" of those (injurious) illicit-drugs."] supporting the belief to the agency that licenses the facility or to the appropriate state health care regulatory agency.
(c) The requirement prescribed by this section is in addition to the requirements provided by Chapter 261, Family Code, and Ch. 48, Human Resources Code. (d) The Texas Board of Mental Health and Mental defects, Texas Board of Health, Texas Commission on chemical dependency and each state health care regulatory agency by rule shall;       (1) prescribe procedures for the investigation of reports received under

-3-

[SUBSTANTIAL PHYSICAL EVIDENCE TO CITE]
[MTCTRAINS\Jennifer.Padilla@WCSJ-25023]
MEDICAL ADVISORY cont.

subsection (a) or
(b) and for coordination with and referral of reports to law enforcement agencies or other appropriate agencies; and
(2) Prescribe follow-up procedures to ensure that a report referred to another agency receives appropriate action.
(e) Each hospital, inpatient mental health facility, and treatment facility shall prominently and conspicuously post for display in public area of the facility that is readily available to patients, residents, volunteers, employees and visitors a statement of the duty to report under this section. [Matter to racketeer the "physical impairment" to promote the injuries of those "illicit drugs" through the "abuse and neglect" of the ill medical or mental constituent(s). Within the State of Texas.] ... The statement must be in English and in a second language and contain a toll-free telephone number that a person may call to report. CONTAIN RATIONAL STATEMENTS OF THE TEXAS MEDICAL BOARD TO DECLINE, DEPRIVE DENY THE "PHYSICAL-IMPAIRMENT" FORESEEN WITHIN AUTO-CITE. AFFIRMATION ATTACHE' Element to the abuse of discretion standard

4.

affirm to the all medical departments within the Texas Dept. of Criminal Justice penal systems concur the Parole panel Board of the State of Texas.

(f) Each state health care regulatory agency by rule shall provide for appropriate disciplinary action against a health care professional licensed by the agency who fails to report as required by this section.

(g) An individual who in good faith reports under this section is immune from civil or criminal liability arising from the report. That Immunity extends to participation in an administrative or judicial proceeding resulting from the report but does not extend to an individual who caused the "abuse or neglect" or who engaged in the "illegal (BREACHES), unprofessional or unethical conduct.

(h) A person commits an offense if the person: [CONCEALMENT

(1) intentionally, maliciously, or recklessly reports false material information under this section; or [ALL COUNTS POST MATTER]

(2) fails to report as required by Subsection

(a). Affirm and Accuring

(i) An offense under Subsection (h) is a

5.

Class A misdemeanor.
(j) In this section, "abuse" includes coercive or restrictive actions that are illegal or not justified by the patient's condition and that are in response to the patient's request for discharge or refusal of [medical] medication; [ I CONCUR ON THE MATTER OF JUDGE "JUSTIN LOW" AND THE EXTORTION ALLOWED BY "DON FLETCHER" AND "BRIAN CHAVEZ" .. [CHAVEZ LAW FIRM]; MICHAEL OATES OF THE ODESSA PROBATION DEPT. AND THE MIDLAND PROBATION DEPARTMENT SUPERVISORS THAT IS PLAUSIBLE TO THE COLLATERAL ABUSE.] refusal of mental medication is the causations accruing... therapy, or treatment.  Added by Acts 1993, 73rd leg., ch.573, § 1.01, eff. Sept.1, 1993 Amended by Acts 1997, 75th leg., ch. 165, § 7.41 eff. Sept. 1, 1997
    Thus the matter of "extortion" is existing on the matter of case no. B-18-0410-CR. Due to the claim of the primary proclaim within the Ector County Dist. Ct. of Texas on the date of Aug. 2021    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge: [signature]    1/29/23 @ 3:35 AM
                                          DATE:

6.

ANNOTE: [§104.006.] [File Number: 502012873]

Within procedure in the Civil Practice and Remedies Code of TITLE 5. Governmental Liability in chapters 101-120 partition of CH. 104 "STATE LIABILITY FOR CONDUCT OF PUBLIC SERVANTS §§ 104.001 - 104.009.

[This document is current through the 2021 Regular Session of the 87th legislature, 2021 1st Called Session, 2021 2nd Called Session, 2021 3rd Called Session, and the 2021 and 2022 ballot propositions.]

Sector § 104.006. "Security or Bond"

In a cause of action defended by the attorney general (default) under this chapter, the attorney general [DEFAULTED] or the individual or "estate" represented may not become required to advance security for the costs or to give bond on appeal or on review by Writ of Error. "INDEBTEDNESS" OF FRAUD PREPONDERATE IN PRELIM. OF docket case no. B-18-0410-CR: AFFIRM. sufficient to enact for the remedy.

HISTORY: Enacted by Acts 1985, 69th Leg., Ch. 959 (S.B. 797), § 1 effective Sept. 1, 1985.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge."

/s/ [signature]

DATE: May 17, 2023

WILLACY UNIT LAW LIBRARY LAY IN

DAY: Thur   DATE: 7/7

TIME: [ ] 8:30-10:30
[X] 12:30-2:30
[ ] 3:00 NOTARY (Bring Stamped Envelope.
DO NOT SIGN DOCUMENT)

TDCJ: _____   HSNG: 1A-24

MORE THAN 15 MIN. LATE,
RESUBMIT I-60! YOU MUST
BRING YOUR OWN PAPER AND PEN!

RECEIVED JUL 06 2022



INFANTE, SANTIS
2374946 HANN. STATE
200 Lee Murizur
BRYAN, TEX.
77807

RECEIVED
MAY 30 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

OFFICIAL
BUSINESS

DISTRICT CLERK, DEP.
U.S. DISTRICT CT. OF LAW
[RULE 72]
UNITED STATES COURTHOUSE
200 E. WALL ST. ROOM 222
MIDLAND, TEXAS 79701-5217